**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Esmail YERMIAN, Defendant-Appellant.**

**No. 81–1192.**

United States Court of Appeals, Ninth Circuit.

Aug. 24, 1984.

Alan Zarky, Los Angeles, Cal., for defendant-appellant.

Janet Goldstein, Asst. U.S. Atty., Los Angeles, Cal., for plaintiff-appellee.

## ORDER FOR PUBLICATION

Before FLETCHER, PREGERSON and REINHARDT, Circuit Judges.

On June 27, 1984, the Supreme Court, — U.S. ——, 104 S.Ct. 2936, 82 L.Ed.2d 53 (1984); reversed our decision, 708 F.2d 365 (9th Cir.1983), in which we had reversed and remanded for a new trial. The Court has remanded the case to us for further proceedings in conformity with its opinion.

Accordingly, we reinstate the district court's judgment.